# MINUTE ORDER

Page 5

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor     Date: 11/8/2019    Time: 1:30 p.m.

Defendant: TREVOR TELSAINT    J#: 25829-104    Case #: 19-3797-MJ-O'SULLIVAN
AUSA: Robert Moore    Attorney: Leonardo Concepcion
Violation: CONSP/COMMIT CARJACKING/CARJACKING    Surr/Arrest Date: 11/8/2019   YOB: 1999

Proceeding: Initial Appearance    CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:
Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
AFPD ON CASE
advised.
Gov't req. PTD
risk + danger

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
(Report RE Counsel:) 11/12/19 10 AM
(PTD/Bond Hearing:) 11/12/19 10 AM (USM Notified)
(Prelim/Arraign) or Removal: 11/12/19 10 AM (in court 2:04 pm)
Status Conference RE:
D.A.R. 14:01:45    Time in Court: 3

s/Chris M. McAliley     Magistrate Judge